**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Staci Robinson, | Case No. 2:23-cv-01509-JAD-DJA |
| Plaintiffs, | |
| v. | **Order** |
| FC QIC Galleria at Sunset JV, LLC; et al., | |
| Defendants. | |

Before the Court is Defendant Macy's Retail Holdings, LLC's motion for Rule 35 examination of Plaintiff's right shoulder. (ECF No. 20). Plaintiff has filed a non-opposition to that motion. (ECF No. 24). Macy's filed a reply explaining that Plaintiff cannot attend the date Macy's includes for the examination in its motion and asks the Court to order that the examination "happen sometime between now and June 24, 2024." (ECF No. 25). However, an order requiring a Rule 35 examination "must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it." Fed. R. Civ. P. 35(a)(2)(B). The Court thus declines to grant Macy's motion as it is written because the Court will be unable to comply with the requirements of Rule 35 in doing so. The Court denies the motion without prejudice so that the parties may file a stipulation regarding the examination once they determine the date and time.

**IT IS THEREFORE ORDERED** that Macy's motion for a Rule 35 examination (ECF No. 20) is **denied without prejudice.**

DATED: April 8, 2024

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE