**RESNICK & LOUIS, P.C.**
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
packer@rlattorneys.com
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No: 14168
mbeckstead@rlattorneys.com
8945 West Russell Road, Suite 220
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendant*
*Macy's Retail Holdings LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STACI ROBINSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FC QIC GALLERIA AT SUNSET JV, LLC, a domestic limited-liability company; BPC HENDERSON, LLC, a domestic limited liability company; MACY'S RETAIL HOLDINGS, LLC, a foreign limited-liability company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No.: 2:23-cv-01509-JAD-DJA<br><br>**STIPULATION TO DISMISS WITH PREJUDICE CLAIMS AGAINST DEFENDANT MACY'S** |

IT IS HEREBY STIPULATED, by and between Defendant MACY'S RETAIL HOLDINGS, LLC, by and through its attorneys, PAUL A. ACKER, ESQ., and MATTHEW B. BECKSTEAD, ESQ., of the law firm RESNICK & LOUIS, P.C.; Plaintiff STACI ROBINSON, by and through her attorneys, DAVID D. BOEHRER, ESQ., and TRAVIS J. RICH, ESQ., of DAVID BOEHRER LAW FIRM, that the above-captioned action and any and all claims asserted by Plaintiff in her Amended Complaint against Defendant MACY'S RETAIL HOLDINGS, LLC, in this action are hereby DISMISSED WITH PREJUDICE.

///

IT IS FURTHER STIPULATED that each party is to bear their own attorney fees, interest, and costs.

Dated this 4th day of June 2024

**RESNICK & LOUIS, P.C.**

/s/ Matthew B. Beckstead

PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant Macy's Retail Holdings LLC*

Dated this 4th day of June 2024

**DAVID BOEHRER LAW FIRM**

/s/ Travis J. Rich

DAVID D. BOEHRER, ESQ.
Nevada Bar No. 9517
TRAVIS J. RICH, ESQ.
Nevada Bar No. 12854
375 N. Stephanie Street, Suite 711
Henderson, NV 89014
*Attorneys for Plaintiff Staci Robinson*

## ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that **the claims against Defendant Macy's Retail Holdings, LLC are DISMISSED** with prejudice, each side to bear its own fees and costs. Because it is unclear from this record what the status of the claims against remaining (and not-yet-appearing) defendants FC QIC Galleria at Sunset JV, LLC and BPC Henderson, LLC is, **IT IS FURTHER ORDERED that the plaintiff must file a status report by June 17, 2024,** advising the court of how she intends to proceed against these remaining parties and whether and when they were served with process.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 6, 2024